```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                                  : CHAPTER 13

Rodney C. Bowen                         : No. 13-13441-JKF

**<u>PRAECIPE TO WITHDRAW</u>**

Pursuant to the above-captioned matter, kindly withdraw the Response to Motion for Relief filed on April 1, 2015.

```
                              /s/ David M. Offen
                              David M. Offen, Esquire
                              Curtis Center, 1st Fl., Ste. 160 W
                              601 Walnut Street
                              Philadelphia, PA  19106
                              215-625-9600
Dated:10/14/16
```