## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rodney C. Bowen | |
|               Debtor | CHAPTER 13 |
| | |
| U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) | |
|               Movant | NO. 13-13441 JKF |
|     vs. | |
| Rodney C. Bowen | |
|               Debtor | 11 U.S.C. Section 362 |
| | |
| William C. Miller Esq. | |
|               Trustee | |

## ORDER

AND NOW, this  25th  day of  October , 2015 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1979 (The Code), 11 U.S.C. Section 362, is ~~granted and~~ modified with respect to the subject premises located at 2512 South Lloyd Street, Philadelphia, PA 19142 ("Property"), ~~so~~ as to allow Movant, its successors or assignees ~~to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, making the Property to Sheriff's Sale in addition to potentially pursuing other loss mitigation alternatives including, but not limited to a loan modification, short sale or deed-in-lieu of foreclosure.   Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_(signature)_

_____
United States Bankruptcy Judge.

cc: See attached service list

Rodney C. Bowen
2512 South Lloyd Street
Philadelphia, PA 19142

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532