IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 13-13441-jkf |
| RODNEY C. BOWEN, | Chapter 13 |
| Debtor, | Document No. |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| RODNEY C. BOWEN and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

ORDER OF COURT

AND NOW, this 18th day of __April__, 2017, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

_____
Hon. Jean K. FitzSimon
United States Bankruptcy Court Judge