United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rodney C Bowen  
      Debtor

Case No. 13-13441-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Apr 18, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.  
db         +Rodney C Bowen,    2512 S. Lloyd Street,    Philadelphia, PA 19142-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...  
          agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         DAVID M. OFFEN    on behalf of Debtor Rodney C Bowen dmo160west@gmail.com,  davidoffenecf@gmail.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...  
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,  
          dmaurer@pkh.com  
         PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.  
          pashcroft@bernsteinlaw.com,  
          pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...  
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-13441-jkf |
|---|---|
| RODNEY C. BOWEN, | Chapter 13 |
| Debtor, | Document No. |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| RODNEY C. BOWEN and<br>WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 18th day of April, 2017, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

_____
Hon. Jean K. FitzSimon
United States Bankruptcy Court Judge