IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                :    CHAPTER 13
                     :
Rodney Bowen         :    No.   13-13441-JKF
    Debtor

O R D E R

AND NOW, this          day of              , 2017, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**Date: June 21, 2017**         HONORABLE JEAN K FITZSIMON
                                UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Rodney Bowen

Payroll Controller
St. Joseph's University
5600 City Avenue
Philadelphia, PA 19131